**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

Renaissance Leasing, LLC, et al., )
                              Plaintiffs,  )
vs.                                      ) No. 05-0445-CV-W-FJG
Vermeer Manufacturing Company, et al.,  )
                              Defendants.  )

# ORDER

      This Court has reviewed the letters submitted by both counsel for plaintiffs and defendant herein. These letters represent the legal analysis by each side of discovery disputes, and will be treated as such. The plaintiffs have requested discovery which seems to be relevant and appropriate to the litigation. Defendant Vermeer Manufacturing Company objects to these discovery requests because they are over-broad and unduly burdensome. The objections that the plaintiffs' discovery requests are both overly-broad and unduly burdensome are not supported by defendant's analysis and will be denied. Further, denial of discovery as unduly burdensome usually fails without a showing of exceptional burden to the moving party. Defendant has failed to do that here.

      Defendant Vermeer Manufacturing Company is hereby ordered to provide the discovery requested by the plaintiffs.


                                                    <u>/s/Fernando J. Gaitan, Jr.</u>
                                                    United States District Judge

Dated:   <u>November 15, 2005</u>
Kansas City, Missouri