IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| RENAISSANCE LEASING, LLC, TEAM EXCAVATING LLC and JOHN UHLMANN, <br><br> Plaintiffs, <br><br> vs. <br><br> VERMEER MANUFACTURING COMPANY, VERMEER GREAT PLAINS, INC. <br><br> Defendants. | No. 05-445-CV-W-FJG |

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that

the Court **GRANTS** Defendant Vermeer's Motion to Dismiss for Lack of Jurisdiction (Doc. # 120) and **GRANTS** Defendant Vermeer Great Plains, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Doc. # 122). The Court **DENIES AS MOOT** Plaintiffs' Motion for Sanctions (Doc. # 116); Vermeer Great Plains Inc.'s Motion to Strike Testimony of Plaintiff's Expert Chris Pflaum (Doc.# 124); Vermeer Great Plains Inc.'s Motion to Strike Doc. # 125 (Doc. # 127); Vermeer Manufacturing Company's Motion to Strike Plaintiff's Designation and Disclosure of Expert Witness Christopher Pflaum (Doc. # 131); Vermeer Manufacturer's Motion to Strike Plaintiff's Disclosure and Designation of Gary Kurtz (Doc. # 133); Plaintiff's Motion for Discovery (Doc. # 141); Vermeer Manufacturing Company's Motion for Summary Judgment (Doc. # 143); Vermeer Great Plains Motion for Summary Judgment (Doc. # 148); Joint Motion for Extension of Time of One-Day for Pre-Trial Filings (Doc. # 170) and Plaintiff's Motion for Leave to File Excess Pages (Doc. # 186).

| | |
|---|---|
| May 23, 2006 <br> Date | Patricia L. Brune <br> Clerk <br><br> /s/ Rhonda Enss <br> (by) Deputy Clerk |